FILED
ASHEVILLE, N.C.

DEC -7 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:07CV96

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$28,889.00, AND )<br>$21,232.00, AND )<br>$15,113.00, AND )<br>$6,174.00 )<br>)<br>IN UNITED STATES CURRENCY )<br>)<br>Defendants. ) | ORDER LIFTING STAY |

UPON the Consent to Lifting of Stay and Consent to Forfeiture filed by Claimant Henderson Amusement, Inc, on December 7, 2007; and

UPON the Consent and Agreement of the United States,

The Stay entered by the Court on April, 27, 2007, is lifted.

IT IS SO ORDERED.

This the 7th day of December, 2007,

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE

1