

Procedure, the Clerk hereby enters default against such potential claimants.